# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Ajanaku Murdock**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:14-cv-00109-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Crystal Beale | ) | |
| D. C. Murray**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 18, 2014, Order.

July 18, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court